## THOMAS ESTES *v.* PETER COOK.

., Where a motion to re-commit a report of referees made to the Court of Common Pleas was refused, and the case appealed upon exceptions to the decision, it was held that the report stood in the Supreme Court as it stood in the Court of Common Pleas at its reception, and that if the decision of the Court of Common Pleas was reversed, the Supreme Court had the same power to re-commit the report as if the same had been originally made to it.

THIS was an action for slander, commenced in the Court of Common Pleas, at the May Term, 1849, and there ruled, in the common form, with all matters in dispute between the parties, to the arbitration and award of Joseph M. Blake, who reported his award in favor of the plaintiff to the Court. Upon the coming in of the report, the defendant moved to have the report recommitted, on the ground that new evidence had been discovered since the report was made. This motion was overruled, and the defendant appealed from the ruling to this Court. The question being raised whether the report was vacated by the appeal.

The Court held, that upon the appeal the report stood in the Supreme Court as it stood in the Court of Com-

mon Pleas at its reception there, and the only question for the Court was, whether the judgment of the Court of Common Pleas, refusing to recommit the report, should be confirmed or reversed, and that, if reversed, the Supreme Court had the same power to recommit the report as if the same had been originally made to it.